IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN JAMES JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>M. KENDRICK and R. FOWLDS,<br><br>Defendants. | Case No. 1:20-cv-00992-HBK (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION TO CONTINUE CASE DEADLINES AND TO ISSUE AN ORDER TO SHOW CAUSE WHY THE CASE SHOULD NOT BE DISMISSED<br><br>(Doc. No. 19) |

Defendants M. Kendrick and R. Fowlds (collectively, "Defendants") moved to continue all case deadlines in this matter by 90 days due to Plaintiff's failure to keep the Court and defense counsel apprised of his current mailing address as required by Local Rules 183(b) and 182(f). Defendants also move for an Order to Show Cause why the case should not be dismissed due to Plaintiff's failure to prosecute.

Having read and considered the Defendants' motion and the declaration of defense counsel supporting the motion, and for good cause appearing, the Defendants' Motion (Doc. No. 19) is granted to the extent set forth below.

It is hereby **ORDERED**:

1. All deadlines in this matter are stayed pending further Order of the Court;

2. Pursuant to Local Rule 302, the undersigned will issue a Findings and Recommendation[1] that this action be dismissed pursuant to Local Rule 183(b) for Plaintiff's failure to prosecute this action and keep the court apprised of his current mailing address.

**IT IS SO ORDERED.**

Dated:   August 3, 2023

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

---

[1] The undersigned lacks jurisdiction to sua sponte dismiss this action because all parties have not consented to Magistrate Judge jurisdiction under 28 U.S.C. 636(c).