UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN JOHNSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>M. KENDRICK and R. FOWLDS,<br><br>　　　　Defendants. | Case No.  1:20-cv-0992 JLT HBK (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL, DISMISSING THE ACTION, AND DIRECTING THE CLERK OF COURT TO CLOSE THIS CASE<br><br>(Doc. 22) |

   Plaintiff initiated this action *pro se*, seeking to hold the defendants liable for violations of his civil rights while incarcerated at California Correctional Institute.  However, his mail from the court has been consistently returned as undeliverable since June 30, 2023.  The assigned magistrate judge determined Plaintiff failed to prosecute this action by failing to keep the Court informed of a proper mailing address, as required by the Local Rule 183(b).  (Doc. 22.)  Thus, the magistrate judge recommended the action be dismissed without prejudice.  (*Id.* at 2.)

   On August 10, 2023, the Findings and Recommendations were served upon Plaintiff at the address on record, and contained a notice that any objections were due within 14 days.  (Doc. 22 at 3.)  The Findings and Recommendations were also returned to the Court marked undeliverable by the U.S. Postal Service on August 28, 2023.

   According to 28 U.S.C. § 636(b)(1)(C), the Court conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court concludes the Findings and

Recommendations are supported by the record and by proper analysis.  To date, Plaintiff has not provided a notice of change of address with the Court or taken any other action to further prosecute this case.  Accordingly, the Court **ORDERS**:

    1.    The Findings and Recommendations filed on August 10, 2023 (Doc. 22) are **ADOPTED** in full.

    2.    The action is **DISMISSED** without prejudice.

    3.    The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **September 29, 2023**

UNITED STATES DISTRICT JUDGE

2